THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d) (2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Dontavious
 Ricardo Mack, Appellant.
 
 
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2010-UP-008
 Submitted January 4, 2010  Filed January
21, 2010    

APPEAL DISMISSED

 
 
 
 Senior Appellate Attorney for south
 Carolina Commission of Indigent Defense, Division of Appellate Defense, Robert
 M. Dudek, South Carolina Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, Office of the Attorney General, of Columbia, Kevin Scott
 Brackett, 16th Circuit Solicitor's Office, of York, for Respondent.
 
 
 

PER CURIAM:  Dontavious Ricardo Mack pled guilty to
 one count of murder, one count of armed robbery, one count of possession of a
 firearm during the commission of a violent crime, one count of kidnapping, one
 count of criminal conspiracy, one count of possession of a pistol by a person
 under the age of twenty-one, and one count of possession of a stolen vehicle.  Mack
 appeals his concurrent sentences of thirty years for armed robbery, twenty
 years for kidnapping, five years for criminal conspiracy, five years for
 possession of a pistol during a violent crime, one year for possession of a
 pistol by a person under the age of twenty-one, five years for possession of a
 stolen vehicle valued over five thousand dollars, and life without parole for
 murder.  Mack's counsel attached to the brief a petition to be relieved as
 counsel, stating that he had reviewed the record and concluded this appeal
 lacks merit.  Mack did not file a pro se brief.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's petition to be relieved.
APPEAL
 DISMISSED
HUFF, A.C.J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.